ORIGINAL

Dawn J. Grossman
Nevada Bar No. 6328
COZEN O'CONNOR
Suite 1610, 501 West Broadway
San Diego, CA 92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831

Designation For Service Only:
Delanoy, Schuetze, McGaha & Provost
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106

Attorneys for Defendant
DEL MONTE FOODS COMPANY

UNITED STATES DISTRICT COURT

DISTRICT

2:07-cv-00689-RLH-RJJ

MARGARET PICUS, an individual; on behalf of herself, and on behalf of others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES, INC.; MENU FOODS INC; DEL MONTE FOODS COMPANY; SUNSHINE MILLS, INC.; CHEMNUTRA, INC.; and DOES 1 through 100, inclusive,

    Defendants.

) CERTIFICATE REQUIRED BY
) LOCAL RULE 10-6
)
) Date:
) Time:

**CERTIFICATE REQUIRED BY LOCAL RULE 10-6**

///
///
///
///
///
///

1     The undersigned, counsel of record for Defendant DEL MONTE FOODS
2 COMPANY certifies at this time there are no known interested parties other than
3 those participating in the above entitled action, however discovery may still reveal
4 additional parties.

5   DATED: May 24, 2007                       COZEN O'CONNOR

7                                                 By: /s/ Dawn Grossman
8                                               Dawn J. Grossman
                                                Nevada Bar No. 6328
9                                                 COZEN O'CONNOR
                                                Suite 1610, 501 West Broadway
10                                            San Diego, CA 92101
                                           Telephone: 619.234.1700
11                                            Toll Free Phone: 800.782.3366
                                           Facsimile: 619.234.7831

12                                            Designation For Service Only:
                                           Delanoy, Schuetze, McGaha & Provost
13                                            601 South Rancho Drive, Suite C-20
                                           Las Vegas, NV 89106
14                                            Attorneys for Defendant
                                           DEL MONTE FOODS COMPANY

16   SAN_DIEGO\363118\1 203406.000

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Cozen O'Connor, and that on this 24th day of May, 2007, I served a true and correct copy of the foregoing CERTIFICATE REQUIRED BY LOCAL RULE 10-6 as follows:

( X )  by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

(  )  to be hand-delivered to the attorneys listed below at the address indicated below:

Robert B. Gerard, Esq.
Lawrence T. Osuch, Esq.
GERARD & OSUCH, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, Nevada 89146
Telephone: (702) 251-0093
Facsimile: (702) 251-0094

Norman Blumenthal, Esq.
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
Attorneys for Plaintiffs

NICHOLAS M. WIECZOREK
**MORRIS POLICH & PURDY LLP**
3980 Howard Hughes Parkway
Suite 400
Las Vegas, Nevada 89169
Telephone:(702) 862-8300
Facsimile: (702) 862-8400
Attorney for Defendant
CHEMNUTRA INC.

_____
An Employee of Cozen O'Connor

SAN_DIEGO\363118\1 203406.000

```
        UNITED STATES
    U.S. District Court
         District of Nevada
         Southern Division

       # 00100270 - JG
         May 25, 2007


   Code   Case #    Qty     Amount

   CIVIL FI 07-689vs   1 @  350.00
                              350.00 CK


   TOTAL→              350.00


   FROM: DAWN J GROSSMAN
         501 WEST BROADWAY #1610
         SD, CA  92101
```