1  Dawn J. Grossman
   Nevada Bar No. 6328
2  COZEN O'CONNOR
   Suite 1610, 501 West Broadway
3  San Diego, CA  92101
   Telephone: 619.234.1700
4  Toll Free Phone: 800.782.3366
   Facsimile: 619.234.7831
5
   Designation For Service Only:
6  Delanoy, Schuetze, McGaha & Provost
   601 South Rancho Drive, Suite C-20
7  Las Vegas, NV  89106

8  Attorneys for Defendant
   DEL MONTE FOODS COMAPNY
9

10                      UNITED STATES DISTRICT COURT

11                              DISTRICT OF NEVADA

12

13  MARGARET PICUS, an individual; on            ) Case No.: 2:07-cv-00689
    behalf of herself, and on behalf of others   )
14  similarly situated,                          ) CERTIFICATE OF SERVICE
                                                 )
15        Plaintiffs,                            )
                                                 )
16        vs.                                    )
                                                 )
17  WAL-MART STORES, INC.; MENU                  )
    FOODS INC; DEL MONTE FOODS                   )
18  COMPANY; SUNSHINE MILLS, INC.;               )
    CHEMNUTRA, INC.; and DOES 1 through          )
19  100, inclusive,                              )
                                                 )
20        Defendants.                            )
                                                 )
21

22        I, the undersigned, declare: I am and was over the age of 18 years at the time of

23  service of the papers herein referred to, and am not a party to the within action.  I am

24  employed in the County of San Diego, California, in which county the within mentioned

25  service occurred.  My business address is 501 West Broadway, Suite 1610, San Diego,

26  California. On this date, I served the following documents:

27  **May 29, 2007 Minute Order of the Honorable Roger L. Hunt, U.S. District Court Judge**

28  by United States Mail.  I enclosed the documents in a sealed envelope or package addressed

1  to the persons at the addresses on the attached Service List and placed the envelope for
2  collection and mailing, following our ordinary business practices. I am readily familiar with
3  this business' practice for collecting and processing correspondence for mailing. On the
4  same day that correspondence is placed for collection and mailing, it is deposited in the
5  ordinary course of business with the United States Postal Service, in a sealed envelope with
6  postage fully prepaid. I am a resident or employed in the county where the mailing occurred.
7  The envelope or package was placed in the mail at San Diego, California.

8  I declare under penalty of perjury under the laws of the United States that the
9  foregoing is true and correct.

10  Executed June 6, 2007 at San Diego, California.

*[Signature: Christie Marsh]*
Christie Marsh
An employee of Cozen O'Connor

SAN_DIEGO\363836\1  203406.000

## SERVICE LIST

| | |
|---|---|
| Norman Blumenthal<br>BLUMENTHAL & MARKHAM<br>2255 Calle Clara<br>La Jolla, CA 92037-3107<br>Ph: (858) 551-1223<br>Fax: (858) 551-1232<br><br>Robert B. Gerard<br>Lawrence T. Osuch<br>GERARD & OSUCH, LLP<br>2840 South Jones Boulevard<br>Building D, Suite 4<br>Las Vegas, NV 89146<br><br>***Attorneys for Plaintiff, Margaret Picus*** | Nicholas M. Wieczorek<br>Morris Policy & Purdy, LLP<br>3980 Howard Hughes Pkwy<br>Suite 400<br>Las Vegas, NV 89169<br>Ph: (702) 862-8300<br>Fax: (702) 862-8400<br><br>***Attorneys for Defendant, Chemnutra*** |

SAN_DIEGO\363834\1 203406.000

2
CERTIFICATE OF SERVICE (CASE NO.: GIC 862058)

## Minute Orders
2:07-cv-00689-RLH-RJJ Picus v. Wal-Mart Stores, Inc. et al

**United States District Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from AXM, entered on 5/29/2007 at 11:03 AM PDT and filed on 5/29/2007

**Case Name:** Picus v. Wal-Mart Stores, Inc. et al
**Case Number:** 2:07-cv-689
**Filer:**
**Document Number:** 3

**Docket Text:**
MINUTE ORDER IN CHAMBERS of the Honorable Roger L. Hunt, U.S. District Judge, on 5/29/2007. IT IS ORDERED that all parties removing actions to this court must, WITHIN 15 DAYS, file and serve a signed Statement including:
date complaint served;
date summons served;
on diversity jurisdiction cases, names of served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendants evidence of the amount in controversy;
if filed more than 30 days after service, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal;
if action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court;
name of any defendant known to have been served before removal filed who did not join in removal and reasons they did not;
all defendants who joined in removal may file statement jointly.
IT IS FURTHER ORDERED that counsel shall, WITHIN 30 DAYS, file a Joint-Status Report including:
list of pending motions and/or other matters which require the attention of this court and copies of same;
statement by counsel of action required to be taken by this court.
Removing defendant shall serve a copy of this Order on all other parties to the action no later than the time they file and serve a copy of the Statement required by this Order. A party who learns that the Statement(s) filed pursuant to this Order contain(s) incorrect information shall promptly notify this court in writing. Statement due by 6/13/2007. Status Report due by 6/28/2007. Verified Petition due 6/12/07.**(no image attached)** (AXM)

The following document(s) are associated with this transaction:

**2:07-cv-689 Notice will be electronically mailed to:**

**2:07-cv-689 Notice will be delivered by other means to:**

Dawn Grossman
601 S Rancho Dr
Suite D-20
Las Vegas, NV 89106