```
 1  Dawn J. Grossman
    Nevada Bar No. 6328
 2  COZEN O'CONNOR
    Suite 1610, 501 West Broadway
 3  San Diego, CA  92101
    Telephone: 619.234.1700
 4  Toll Free Phone: 800.782.3366
    Facsimile: 619.234.7831
 5
    Designation For Service Only:
 6  Delanoy, Schuetze, McGaha & Provost
    601 South Rancho Drive, Suite C-20
 7  Las Vegas, NV  89106
 8  Attorneys for Defendant
    DEL MONTE FOODS COMPANY
 9
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET PICUS, an individual; on behalf of herself, and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WAL-MART STORES, INC.; MENU FOODS INC; DEL MONTE FOODS COMPANY; SUNSHINE MILLS, INC.; CHEMNUTRA, INC.; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 2:07-cv-00689<br><br>DEFENDANT DEL MONTE FOODS COMPANY'S STATEMENT RE: REMOVAL IN RESPONSE TO THE COURT'S MAY 29, 2007 MINUTE ORDER |

TO THE ROGER L. HUNT, U.S. DISTRICT JUDGE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant DEL MONTE FOODS COMPANY submits the following statement regarding removal of the above-entitled action pursuant to the Judge Hunt's May 29, 2007 Order.

1.   Defendant DEL MONTE FOODS COMPANY was served with Plaintiffs' Summons and Complaint, asserting federal claims for the first time, and which is the subject of Defendant's removal, on May 7, 2007.

2.   The removal is based on original jurisdiction pursuant to the provisions of the Class Action Fairness Act (CAFA) 28 U.S.C. § 1332(d)(2).

3.   All of the requirements for removal under CAFA exist in this case. Minimal diversity exists from the face of the complaint because it is alleged on pages 6-7 that Plaintiff is a resident of Nevada and that defendant Wal-Mart Stores, is incorporated in Delaware and maintains its principal place of business in Arkansas. Furthermore, Menu Foods Inc., is incorporated in New Jersey with a its principal place of business in Ontario, Canada; Del Monte Foods is incorporated in Delaware and maintains its principal place of business in San Francisco, California; and Sunshine Mills is incorporated in Delaware with its principal place of business in Alabama.

4.   The allegations of the Complaint reveal that there are at least 100 members of the plaintiff class because the complaint alleges that the multiple brands of dog food at issue were each sold by Wal-Mart in all 50 states.

5.   That the combined claims of the plaintiff class exceed $5,000,000 is also determinable from the face of the complaint. More specifically, paragraph 22 alleges that "it is impracticable to bring all members of the class before the Court. Plaintiff estimates that there are thousands of class members geographically spread throughout Nevada and millions of class members, geographically spread throughout the United States." Grossman Aff., Exhibit "A". Even assuming that each class member only purchased one container of the allegedly mislabeled pet food, CAFA's amount in controversy would be met.

6.   These same allegations of paragraph 22 of plaintiff's Complaint also establish that this case does not fall within the "home state" exception to CAFA which requires that more than two thirds of the class members reside in the home state (in this case Nevada) or the "discretionary abstention" provision, which allows the federal court to abstain if at least one third of the class members reside in the state and the primary defendants are citizens of

the state in which the action was filed. See 28 U.S.C. 1332(d)(3) and (4). As stated, the plaintiff's Complaint itself states that whereas there are millions of class members across the country, only several thousands of these persons reside in Nevada.

7.   On all of these bases, the action is removable under CAFA and 28 U.S.C. §1441(a).

8.   Defendant removed this action to the above entitled Court within 30 days of receiving Plaintiffs' Complaint.

9.   Del Monte Foods is aware only that Menu Foods was served and is informed and believes Menu Foods was filing its own Notice of Removal in lieu of joining.

10.  This removing Defendant lacks knowledge of whether the other defendants have been served. A defendant who has been served need not seek out and notify codefendants who have not been served to ask them to join in the removal. [See *Gossmeyer v. McDonald* (7th Cir. 1997) 128 F3d 481, 489]

DATED: May 31, 2007                COZEN O'CONNOR

By: /s/ Dawn J. Grossman
Dawn J. Grossman
Nevada Bar No. 6328
COZEN O'CONNOR
Suite 1610, 501 West Broadway
San Diego, CA  92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831

Designation For Service Only:
Delanoy, Schuetze, McGaha & Provost
601 South Rancho Drive, Suite C-20
Las Vegas, NV  89106
Attorneys for Defendant
  DEL MONTE FOODS COMPANY

SAN_DIEGO\363676\1  203406.000