| | |
|---|---|
| 1 | Dawn J. Grossman |
| | Nevada Bar No. 6328 |
| 2 | COZEN O'CONNOR |
| | Suite 1610, 501 West Broadway |
| 3 | San Diego, CA 92101 |
| | Telephone: 619.234.1700 |
| 4 | Toll Free Phone: 800.782.3366 |
| | Facsimile: 619.234.7831 |
| 5 | |
| 6 | Designation For Service Only: |
| | Delanoy, Schuetze, McGaha & Provost |
| | 601 South Rancho Drive, Suite C-20 |
| 7 | Las Vegas, NV 89106 |
| 8 | Attorneys for Defendant |
| | DEL MONTE FOODS COMAPNY |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARGARET PICUS, an individual; on behalf of herself, and on behalf of others similarly situated, | ) ) ) | Case No.: 2:07-cv-00689 |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WAL-MART STORES, INC.; MENU FOODS INC; DEL MONTE FOODS COMPANY; SUNSHINE MILLS, INC.; CHEMNUTRA, INC.; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

I, the undersigned, declare: I am and was over the age of 18 years at the time of service of the papers herein referred to, and am not a party to the within action. I am employed in the County of San Diego, California, in which county the within mentioned service occurred. My business address is 501 West Broadway, Suite 1610, San Diego, California. On this date, I served the following documents:

**Defendant Del Monte Foods Company's Statement Re:
Removal in Response to the Court's May 29, 2007 Minute Order**

(attached hereto) on the parties, through their attorneys of record, via electronic filing in accordance with the U.S. District Court, Court of Nevada, Special Order #109 and the applicable Electronic Filing Procedures, requiring all documents to be served upon interested parties via CM/ECF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 6, 2007 at San Diego, California.

*Christie Marsh*
Christie Marsh
An employee of Cozen O'Connor

SAN_DIEGO\363836\1  203406.000

1  (attached hereto) on the parties, through their attorneys of record, via electronic filing in
2  accordance with the U.S. District Court, Court of Nevada, Special Order #109 and the
3  applicable Electronic Filing Procedures, requiring all documents to be served upon interested
4  parties via CM/ECF.

5        I declare under penalty of perjury under the laws of the United States that the
6  foregoing is true and correct.

7        Executed _____, 2007 at San Diego, California.

                                                  Christie Marsh
                                                  An employee of Cozen O'Connor

SAN_DIEGO\363836\1  203406.000