1  Steven L. Rodriguez, Esq., State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104-2215
3  Telephone: 415/617-6100
   Facsimile: 415/617-6101
4  Email: srodriguez@cozen.com

5  Attorneys for Defendant
   DEL MONTE FOODS COMPANY
6

7             IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF NEVADA

9  MARGARET PICUS, an individual; on behalf      Case No. 2:07-cv-00689-RLH-RJJ
   of herself, and on behalf of all others similarly
10 situated,
                                                  **VERIFIED PETITION FOR**
11              Plaintiff,                        **PERMISSION TO PRACTICE IN THIS**
                                                  **CASE ONLY BY ATTORNEY NOT**
12       vs.                                      **ADMITTED TO THE BAR OF THIS**
                                                  **COURT AND DESIGNATION OF**
13 WAL-MART STORES, INC., MENU FOODS,             **LOCAL COUNSEL**
   INC.; DEL MONTE FOODS COMPANY;
14 SUNSHINE MILLS, INC.; CHEMN UTRA,
   INC.,
15
                Defendants.
16

17

18       Steven L. Rodriguez, Petitioner, respectfully represents to the Court:

19       1.     That Petitioner resides at 1237 Alemany Blvd., San Francisco, CA 94112.

20       2.     That Petitioner is an attorney at law and a member of the law firm of Cozen

21 O'Connor with offices at 425 California Street, Suite 2400, San Francisco, CA 94104-2215.

22       3.     The Petitioner has been retained personally and as a member of the law firm by

23 Del Monte Foods Company to provide legal representation in connection with the above-entitled

24 case now pending before this Court.

25       4.     That since December 1998, Petitioner has been and presently is a member in good

26 standing of the bar of the highest Court of the State of California, where Petitioner regularly

27 practices law.

28

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY THE ATTORNEY
NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL
                                              1

Dockets.Justia.com

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United Sates and Courts of other State on the dates indicated for each and, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Northern District Court | March 16, 2001 | 199313 |
| United States Southern District Court | December 22, 2003 | 199313 |
| United States Eastern District Court | February 15, 2001 | 199313 |
| United States Central District Court | July 2, 1999 | 199313 |
| 9th Circuit Court of Appeals | October 15, 2003 | 199313 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any registration or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: N/A

7. Has Petitioner ever been denied admission to the State Bar of Nevada? (If yes, give particulars of every denied admission). No.

8. That petitioner is a good member of good standing in the following Bar Associations: California State Bar, San Francisco Bar Association.

9. Petitioner or any member of petitioner's firm (or office if firm has offices in more than one city( with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule 1A 10-2 during the past three (3) years in the following matters:

///

2

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY THE ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

| Applicant's Name | Date of Application | Cause | Title of Court or Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|---|
| Christopher Raleigh | 05/01/07 | Generadores Mexicanos, S.A. de C.V., a Mexican Corporation v. Hess Microgen, LLC, a Delaware Limited Liability Company | United States District Court Court/District of Nevada | GRANTED |
| Geoffrey Ferrer | 05/01/07 | Generadores Mexicanos, S.A. de C.V., a Mexican Corporation v. Hess Microgen, LLC, a Delaware Limited | United States District Court Court/District of Nevada | GRANTED |

(if necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to the practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*[signature]* 6/27/07
Petitioner's Signature

///

1 | State of California        )
2 | County of San Francisco    )

3 | Steven L. Rodriguez, Petitioner, being first dully sworn, deposes and says:
4 | That the foregoing statements are true.

*Petitioner's Signature*   6/27/07

6 | Subscribed and sworn to before me this
7 | 27th day of June, 2007

*Lisa S. Ward*
LISA S. WARD
Comm. # 1592972
NOTARY PUBLIC-CALIFORNIA
City & County of San Francisco
My Comm. Expires June 29, 2009

Notary Public in and for the State of California

### DESIGNATION OF RESIDENT ATTORNEY
### ADMITTED TO THE BAR OF THIS COURT AND
### CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Nicholas Salerno, Attorney at Law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is: Lincoln Gustafson & Cercos, 2300 W. Sahara Ave., Suite 300, Box 2, Las Vegas NV 89102-4368, (702) 257-1997/(702) 257-2203 fax

By designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

///

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY THE ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned party(ies) appoints Nicholas Salerno as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ 6118
Designated Resident Nevada Counsel's Signature, Bar No.

APPROVED:

Dated: this ____ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE

///

SAN_FRANCISCO\41355\1 205724.000

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY THE ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL