Richard Fama (SBN 2624054)
COZEN O'CONNOR
45 Broadway
New York, New York 10006
Telephone: 212.509.9400
Email: rfama@cozen.com

Attorneys for Defendant
DEL MONTE FOODS COMPANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET PICUS, an individual; on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., MENU FOODS, INC.; DEL MONTE FOODS COMPANY; SUNSHINE MILLS, INC.; CHEMNUTRA, INC.,<br><br>Defendants. | Case No. 2:07-cv-00689-RLH-RJJ<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

Richard Fama, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 52 Robin Lane, Plainview, New York, 11803.

2. That Petitioner is an attorney at law and a member of the law firm of Cozen O'Connor with offices at 45 Broadway New York, New York 10006.

3. The Petitioner has been retained personally or as a member of the law firm by Del Monte Foods Company to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since June of 1994 Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY THE ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL Case No. 2:07-cv-00689-RLH-RJJ

Dockets.Justia.com

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the supreme Court of the United Sates and Courts of other State on the dates indicated for each and, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC/EDNY | 8/6/99 | 5358 |
| USDC/SDNY | 8/11/98 | 5358 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any registration or termination in order to avoid disciplinary or disbarment proceedings.

7. Has Petitioner ever been denied admission to the State Bar of Nevada? (If yes, give particulars of every denied admission). No.

8. That petitioner is a member of good standing in the following Bar Associations:

New York State Bar Associations

American Bar Association

Defense Research Institute

Defense Association of New York

9. Petitioner or any member of petitioner's firm located in the New York office of Cozen O'Connor with which Petitioner is associated has/have filed application(s) to appear as

counsel under Local Rule 1A 10-2 during the past three (3) years in the following matters:

| Applicant's Name | Date of Application | Cause | Title of Court or Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|---|
| Christopher Raleigh | 05/1/07 | Generadores Mexicanos, S.A. DE C.V., a Mexican Corporation v. Hess Microgen, LLC, a Delaware limited liability company | United States District Court/District of Nevada | Granted |
| Geoffrey Ferrer | 05/1/07 | Generadores Mexicanos, S.A. DE C.V., a Mexican Corporation v. Hess Microgen, LLC, a Delaware limited liability company | United States District Court/District of Nevada | Granted |

(if necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to the practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

State of New York   )
                    )
County of New York  )

Richard Fama, Petitioner, being first dully sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
26th day of June, 2007

_____
Notary Public or clerk of the Court

Eric Berger
Notary Public, State of New York
No. 02BE6086976
Qualified in New York County
Commission Expires Feb. 3, 2011

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Nicholas Salerno Attorney at Law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

2300 West Sahara Avenue, Suite 300, Las Vegas, Nevada 89102, 702.257.1997

By designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoints Nicholas Salerno as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   _____
Designated Resident Nevada Counsel's Signature,    Bar No.

APPROVED:

Dated: this ____ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE