**GERARD & ASSOCIATES**
Robert B. Gerard, Esq. (Nev. State Bar #005323)
2840 South Jones Boulevard
Building D, Unit 4
Las Vegas, Nevada 89146
Telephone:  (702) 251-0093
Facsimile:   (702) 251-0094

**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
2255 Calle Clara
La Jolla, CA 92037
Telephone:  (858) 551-1223
Fax:            (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET PICUS, an individual; on behalf of herself, and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC; MENU FOODS INC.; DEL MONTE CORPORATION; SUNSHINE MILLS, INC.; CHEMNUTRA INC.; and DOES 1 through 100, Inclusive,<br>　　　　　　Defendants. | Case No. **2:07-cv-00682- PMP-LRL**, consolidated with:<br>2:07-cv-00686-PMP-LRL, and<br>2:07-cv-00689-PMP-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTIONS WITH PREJUDICE**<br><br>Judge:      Hon. Philip M. Pro |

WHEREAS Plaintiff Margaret Picus ("Plaintiff") and Defendants Menu Foods, Inc., Del Monte Foods and Wal-Mart Stores, Inc. (collectively "Defendants") have reached an agreement which resolves the claims of the Plaintiff; and,

WHEREAS as part of the agreement, Plaintiff agreed to the dismissal of the entire Action with prejudice;

NOW THEREFORE, THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:

(1) That, pursuant to Fed. R. Civ. Proc., rule 41, the above-entitled action pending in the United States District Court for the District of Nevada, *Margaret Picus vs. Wal-Mart Stores, Inc.* (Case No. 2:07-cv-00682-PMO-LRL, consolidated with Case No. 2:07-cv-00689-PMO-LRL and Case No. 2:07-cv-00686-PMO-LRL) be dismissed in its entirety with prejudice.

Dated: January 31, 2011          BLUMENTHAL, NORDREHAUG & BHOWMIK

                                 By: *s/Norman B. Blumenthal*
                                     Norman B. Blumenthal
                                     Attorneys For Plaintiff

Dated: January 31, 2011          SQUIRE, SANDERS & DEMPSEY (US) LLP

                                 By:  /s/ *Mark Goodman*
                                      Mark Goodman
                                      Attorneys for Defendant Wal-Mart Stores

Dated: January 31, 2011          COZEN O'CONNOR

                                 By:  */s/ Richard Fama*
                                      Richard Fama
                                      Attorneys for Defendant Del Monte

Dated: January 31, 2011          DLA PIPER US LLP

                                 By: */s/ Mary Gately*
                                     Mary Gately
                                     Attorneys for Defendant Menu Foods

**IT IS SO ORDERED.**

Dated: _ February 1, 2011.       _____
                                 Hon. Philip M. Pro
                                 Judge, United States District Court